**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7                         IN THE UNITED STATES DISTRICT COURT
8                       FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                                    SAN JOSE DIVISION
10   Maximo Quintano,                              NO. C 07-00367 JW
11              Plaintiff,                         **ORDER VACATING HEARING**
        v.
12
     Mission Foods Corporation, et al.,
13
                Defendants.
14   _____/
15
16          Pursuant to Civil Local Rule 7-1(b), the Court takes Defendant's Motion to Dismiss Pursuant
17   to Fed. R. Civ. Pro. 12(b)(1) under submission without oral argument.  Accordingly, the hearing
     currently scheduled for March 5, 2007 is VACATED.
18
19
     Dated:  February 28, 2007
20                                                 JAMES WARE
21                                                 United States District Judge
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

1 | **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2 | David Augustus Garcia david.garcia@ogletreedeakins.com
   | Stanley G. Hilton FROG727@AOL.COM

3

4

5

6 | **Dated:  February 28, 2007**                          **Richard W. Wieking, Clerk**

7

8 |                                                          **By:   /s/ JW Chambers**
   |                                                               **Elizabeth Garcia**
9 |                                                               **Courtroom Deputy**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28